ERIC GRANT
United States Attorney
KIMBERLY SOKOLICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NICO CARRERA COX,<br>Defendants. | CASE NO. 2:26-MJ-00141-CSK<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: November 5, 2026<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney KIMBERLY SOKOLICH, and defendant NICO CARERRA COX, both individually and by and through his counsel of record, PHIL COZENS, hereby stipulate as follows:

1. The Complaint in this case was filed on September 24, 2026, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on September 25, 2026. Following a continuance, the preliminary hearing is currently scheduled for November 5, 2026.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to November 20, 2026, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. Specifically, the government has produced initial discovery, but defense counsel has been in trial and has been unable to review said discovery or discuss it with his client. The parties further agree

that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between November 5, 2026, and November 20, 2026, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: October 27, 2026

ERIC GRANT
United States Attorney

/s/ KIMBERLY SOKOLICH
KIMBERLY SOKOLICH
Assistant United States Attorney

Dated: October 27, 2026

/s/ PHIL COZENS
PHIL COZENS
Counsel for Defendant
Nico Carrera Cox

ERIC GRANT
United States Attorney
KIMBERLY SOKOLICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NICO CARRERA COX,<br>Defendant. | CASE NO. 2:26-MJ-00141-CSK<br><br>FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: November 5, 2026<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on October 27, 2026. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to November 20, 2026, at 2:00 p.m.

2. The time between November 5, 2026, and November 20, 2026, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: October 27, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE